UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH JOHN LEONARD,

    Petitioner,

v.    Case No. 07-10836
    Honorable Patrick J. Duggan

HUGH WOLFENBARGER,

    Respondent.
_____/

## JUDGMENT

Petitioner, a Michigan prisoner, has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is challenging his January 14, 2004 conviction of assault with intent to murder in violation of Michigan Compiled Laws Section 750.83, following a jury trial in the Circuit Court for the County of Macomb, Michigan. In an Opinion and Order issued on this date, the Court concluded that Petitioner's grounds in support of his request for habeas relief lack merit.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED WITH PREJUDICE**.

DATE: April 16, 2010    s/PATRICK J. DUGGAN
    UNITED STATES DISTRICT JUDGE

Copies to:
Joseph John Leonard, #211548
Carson City Correctional Facility
10274 Boyd Road, P.O. Box 5000
Carson City, MI 48811

Heather S. Meingast, Esq.

Magistrate Judge Mona K. Majzoub